```
Attachment A
                                       :
02-2635    SHIRK                       :
02-2735    WATSON                      :
02-2736    HOOD                        :
02-2737    HART                        :
02-2738    JOHNSON                     :
02-2681    SHIRK                       :
02-2845    KINIUK                      :
02-3166    HRYCYK                      :
02-3168    GREEN                       :
02-3169    SAKEWICZ                    :
02-3170    HENDRICKS                   :
02-3171    PALMER                      :
02-3172    BERRY                       :
02-3175    SOLOMON                     :
02-3176    ROMANOWSKI                  :
02-3177    O'DONNELL                   :
02-3448    HARTMANN                    :
02-3449    ROCKS                       :
02-3450    REED                        :
02-3451    GAMBLER                     :
02-3452    MACAULEY                    :
02-3630    ALIBERT                     :
02-3631    VISCO                       :
02-3632    DANCSECS                    :
02-3847    HAMMOND                     :
02-3848    POTTER                      :
02-4095    SMITH                       :
02-4096    SEARFOSS                    :
02-4097    GEARINGER                   :
02-4101    FRYE                        :
02-4338    ZIMMERMAN                   :
02-4339    MEYER                       :
```

Case 2:02-cv-03631-BWK     Document 4-2     Filed 10/09/2002     Page 2 of 2